IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | :     Civ. No. 13-mc-03-LPS |
| VEOLIA ENVIRONNEMENT NORTH AMERICA OPERATIONS, INC., | : |
| Respondent. | : |

## ORDER

At Wilmington this **22nd** day of **November, 2013**:

Having reviewed the parties' proposals as to how to proceed (D.I. 25, 26) in light of the Court's October 25, 2013 Memorandum Order (D.I. 23) ("Memorandum Order"), IT IS HEREBY ORDERED that:

1. On or before **December 6, 2013**, in accordance with the reasoning set forth in the Memorandum Order, Respondent Veolia Environnement North America Operations, Inc. ("VENAO") shall – in addition to any documents being produced by November 22, 2013, as represented by VENAO in its letter of November 14, 2013 (D.I. 26) – produce all summonsed documents – except those that fall within the 178 documents that the government agreed to remove from the scope of this action in its May 3, 2013 letter (D.I. 16) – that contain communications, from whatever source, with XRoads Solutions Group LLP ("XRoads") and/or Duff & Phelps ("Duff & Phelps") that (1) relate to compensation for XRoads' and/or Duff & Phelps' expert reports or testimonies; (2) identify facts or data considered by XRoads and/or Duff & Phelps in forming the opinions expressed in their reports or testimonies; or (3) identify

1

assumptions relied on by XRoads and/or Duff & Phelps in forming the opinions expressed in their reports or testimonies;

2. On or before **December 6, 2013,** with the exception of any documents produced by VENAO pursuant to paragraph 1 above, VENAO shall deliver to the Court for *in camera* inspection the following documents: Privilege Log Nos. 147, 275, 277, 280, 283 through 292, 315 through 317, 332, 342, 351, 353, 355, 356; and Redaction Log Nos. 18, 19;

3. On or before **December 6, 2013**, with the exception of any documents already produced to the government, VENAO shall deliver to the Court for *in camera* inspection the following documents: Privilege Log Nos. 82, 122, 148 through 152, 154, 158, 161, 164, 165, 171, 173 through 178, 181, 182, 195 through 198, 201, 205, 206, 208, 209, 215 through 220, 224, 225, 244 through 247, 250, 252 through 254, 256; and Redaction Log Nos. 32 through 37, 41;

4. In conjunction with any document produced pursuant to paragraph 3 above, VENAO may, if it wishes, provide a cover sheet containing a **brief** description of how the privilege or protection sought applies to the particular document;

5. On or before **December 13, 2013**, with the exception of the documents already submitted to the Court for *in camera* review pursuant to paragraphs 2 and 3 above, the parties shall advise the Court by letter of any dispute regarding submissions made by VENAO to the government pursuant to the Memorandum Order and/or paragraph 1 above and whether further *in camera* inspection of these documents is required.

Wilmington, Delaware

UNITED STATES DISTRICT JUDGE