# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | : Civ. No. 13-mc-03-LPS |
| VEOLIA ENVIRONNEMENT NORTH AMERICA OPERATIONS, INC., | : |
| Respondent. | : |

## MEMORANDUM ORDER

At **Wilmington**, this **17th** day of **November, 2014**:

WHEREAS, the parties' having submitted letters (D.I. 33, 34) to the Court requesting clarification of the Court's Memorandum Opinion ("Opinion") and Order (D.I. 31, 32) issued on October 31, 2014;

WHEREAS, the Court recognizes that there is a potential inconsistency between the Opinion, which did not expressly discuss whether Privilege Log No. 196 pages 1-4 were protected, and the Order, which indicated these same pages must be produced;

WHEREAS, the Court recognizes a further potential inconsistency between the Opinion, which indicated that Log No. 196 page 5 needed to be produced, and the Order, which did not expressly address this page of the document;

WHEREAS, the Court has reviewed again Privilege Log No. 196 and determined that it is largely a copy of Log No. 195, which is protected, and finds no basis to distinguish between 195 and 196, or to treat the different pages of 196 differently from one another;

IT IS THEREFORE HEREBY ORDERED that the Order accompanying the

1

October 31 Opinion is hereby **AMENDED** to the following extent:

Petitioner's Motion to Enforce (D.I. 1) is **DENIED** with respect to Privilege Log No. 196.

In all other respects, the Order previously entered (D.I. 32) is unaffected by today's Order.

_____
UNITED STATES DISTRICT COURT